UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BERNT WALTHER VONGRABE,

    Plaintiff,                       Case No.: 3:06-cv-152-J-33HTS

vs.

CHARLES E. RICE; STERWART
TURLEY; DUBOSE AUSLEY; SPRINT
NEXTEL CORPORATION; and DOES 1-
14,

    Defendants.
_____/

**ORDER**

This matter comes before the Court pursuant to Defendants' Motion for Judicial Notice in Support of Defendants' Motion for Judgment on the Pleadings (Doc. # 20-1), which was filed May 18, 2006. Plaintiff filed a response in opposition to Defendants' Motion for Judicial Notice on May 30, 2006 (Doc. # 30). For the reasons stated herein, Defendants' Motion for Judicial Notice is **GRANTED**.

Pursuant to Federal Rule of Evidence 201, Defendants' request the Court take judicial notice of: 1)Plaintiff's complaint filed in <u>Vongrabe v. Sprint PCS, et al.</u>, Case No. 01-90329, on September 17, 2001, in United States Bankruptcy Court for the Southern District of California; 2) Plaintiff's amended complaint in <u>Vongrabe v. Sprint PCS, et al.</u>, Case No. 02cv48, on September 13, 2002, in United States District Court for the Southern District of

California; 3) Plaintiff's complaint filed in <u>Vongrabe v. Weingard, et al.</u>, Case No. C 03-4993, on November 20, 2003, in United States District Court for the Northern District of California; 4) Order dismissing Plaintiff's complaint in <u>Vongrabe v. Weingard, et al.</u>, Case No. 04cv630, on March 7, 2005, in United States District Court for the Southern District of California; 5) Transcripts of the March 4, 2004 proceeding in <u>Vongrabe v. Weingard, et al.</u>, Case No. C 03-4993, in United States District Court for the Northern District of California; 6) Order sanctioning Plaintiff in <u>Vongrabe v. Weingard, et al.</u>, Case No. C 03-4993, on March 4, 2004, in the United States District Court for the Northern District of California; 7) Order dismissing Plaintiff's amended complaint in <u>Vongrabe v. Sprint PCS, et al.</u>, Case No. 02cv0048, on March 29, 2004, in United States District Court for the Southern District of California; 8) Plaintiff's opening brief in <u>Vongrabe v. Sprint PCS, et al.</u>, Case No. 04-55735, on August 2, 2004, in the United States Court of Appeals for the Ninth Circuit; 9) Order dismissing Plaintiff's appeal in <u>Vongrabe v. Sprint PCS, et al.</u>, Case No. 04-55735, on September 20, 2004, in United States Court of Appeals for the Ninth Circuit; 10) Order granting Sprint's motion for attorneys' fees in <u>Vongrabe v. Sprint PCS, et al.</u>, Case No. 04-55735, on January 6, 2005; 11) Plaintiff's amended complaint in <u>Vongrabe v. Clinton, et al.</u>, Case No. 04-0910, on June 17, 2004, in United States District Court for the District of Columbia; 12)

Order dismissing Plaintiff's complaint in <u>Vongrabe v. Clinton, et al.</u>, Case No. 04-0910, on October 25, 2004, in United States District Court for the District of Columbia; 13) Plaintiff's complaint in <u>Vongrabe v. Sprint Communications Co., LP., et al.</u>, Bankruptcy No. 6:04-bk-11213, Adversary Proceeding No. 6:04-ap-226, on October 28, 2004, in United States Bankruptcy Court for the Middle District of Florida; 14) Order dismissing Plaintiff's complaint in <u>Vongrabe v. Sprint Communications Co., LP., et al.</u>, Bankruptcy No. 6:04-bk-11213, Adversary Proceeding No. 6:04-ap-226, on August 31, 2005, in United States Bankruptcy Court for the Middle District of Florida; 15) Plaintiff's amended complaint in <u>Vongrabe v. The Bd. of Directors of Sprint Corp., et al.</u>, Bankruptcy No. 6:04-bk-11213, Adversary Proceeding No. 6:04-ap-218, on November 4, 2004, in United States Bankruptcy Court for the Middle District of Florida; 16) Plaintiff's motion for summary judgment in <u>Vongrabe v. The Bd. of Directors of Sprint Corp., et al.</u>, Bankruptcy No. 6:04-bk-11213, Adversary Proceeding No. 6:04-ap-218, filed on November 15, 2004; 17) Memorandum issued by United States Bankruptcy Court for the Middle District of Florida in <u>Vongrabe v. The Bd. of Directors of Sprint Corp., et al.</u>, Bankruptcy No. 6:04-bk-11213, Adversary Proceeding No. 6:04-ap-218, on August 15, 2005; 18) Memorandum Opinion issued by United States Bankruptcy Court for the Middle District of Florida in <u>In re Bernt Walther Vongrabe</u>, Bankruptcy No. 6:04-bk-11213, Adversary

Proceeding No. 6:04-ap-217, 6:04-ap-218, 6:04-ap-252, on August 31, 2005; and 19) Order on appellate issues by United States Bankruptcy Court for the Middle District of Florida in <u>In re Bernt Walther Vongrabe</u>, Bankruptcy No. 6:04-bk-11213, Adversary Proceeding No. 6:04-ap-217, 6:04-ap-218, 6:04-ap-252, on January 3, 2006.

The Court may take judicial notice of another court's order "for the limited purpose of recognizing the 'judicial act' that the order represents or the subject matter of the litigation." <u>United States v. Jones</u>, 29 F.3d 1549, 1553 (11th Cir. 1994). Accordingly, the Court takes judicial notice of the fact that the aforementioned proceedings occurred, and notes the subject matter thereof. The Court does not take judicial notice of any factual findings, arguments, or legal conclusions advanced within these documents. Furthermore, the Court does not consider any of these proceedings as impacting Plaintiff's cause before this Court.

Additionally, Defendants' request for a hearing is unnecessary, and therefore denied.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

(1) Defendants' Motion for Judicial Notice in support of Defendants' Motion for Judgment on the Pleadings (Doc. # 20-1)

is **GRANTED** consistent with the foregoing.

**DONE** and **ORDERED** in chambers in Jacksonville, Florida, this 29th day of June, 2006.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies To:

All Counsel and Parties of Record