UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BERNT WALTHER VONGRABE,
etc.,

    Plaintiff,

v.                                CASE NO. 3:06-cv-152-J-33HTS

CHARLES E. RICE, etc.,
et al.,

    Defendants.

**O R D E R**

This cause is before the Court on the Consolidated Motion to Strike, or Alternatively Partially Strike Defendants' Pleadings (Dockets 37,[3]8,42) (Doc. #43; Motion), filed on June 19, 2006. Defendants have filed opposition thereto. Defendants' Objection to Plaintiff's Motion to Strike Defendants' Pleadings (Doc. #45), filed on June 22, 2006.

Because it is essentially an unauthorized reply, the Motion is **STRICKEN** in light of Rule 3.01(c), Local Rules, United States District Court, Middle District of Florida (Local Rule(s)).[1]

---

[1] Additionally, the Motion was filed in violation of Local Rule 3.01(g). A "very important rule[,]" *Desai v. Tire Kingdom, Inc.*, 944 F. Supp. 876, 878 (M.D. Fla. 1996), Local Rule 3.01(g) mandates "a substantive conversation in person or by telephone in a good faith effort to resolve the motion without court action, and does not envision an exchange of ultimatums by fax or letter." *Lockheed Martin Corp. v. The Boeing Co.*, Case No. 6:03-cv-796-Orl-28KRS, 2003 WL 22962782, at *5 (M.D. Fla. October 21, 2003); *see also Davis v. Apfel*, No. 6:98-CV-651-ORL-22A, 2000 WL 1658575, at *2 n.1 (M.D. Fla. Aug. 14, 2000) ("Rule 3.01(g) requires counsel and unrepresented parties to . . . speak to each other in person or by telephone[.]"). Active dialogue undertaken in a

**DONE AND ORDERED** at Jacksonville, Florida, this 17th day of July, 2006.

/s/       Howard T. Snyder
HOWARD T. SNYDER
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record and
     *pro se* parties, if any

---

good faith effort to come to an agreement is potentially much more effective than a volley of letters.  In view of the importance of such effort, "'Local Rule 3.01(g) . . . is strictly enforced.'"  *New Hampshire Indem. Co. v. Reid*, No. 3:05-cv-1280-J-12MCR, 2006 WL 1760624, at *2 (M.D. Fla. June 23, 2006) (quoting Middle District Discovery (2001)).